1  IRENE RUZIN, ATTORNEY AT LAW CSB# 125763
   LAW OFFICES OF IRENE RUZIN
2  16311 VENTURA BLVD., SUITE 900
   ENCINO, CA 91436
3  TEL:  (818) 325-2888
   FAX: (818) 325-2890
4  ireneruzin@earthlink.net

5  Attorney for Plaintiff, EDDIE B. MAJOR, III

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| EDDIE B. MAJOR, III | ) Case No.: CV 07-3308 RGK (JWJ) |
|---|---|
| Plaintiff, | ) ORDER |
| vs. | ) AWARDING EAJA FEES |
| MICHAEL J. ASTRUE, | ) |
| Commissioner of Social Security, | ) |
| Defendants. | ) JEFFREY W. JOHNSON |
|  | ) UNITED STATES MAGISTRATE |
|  | ) JUDGE |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

**IT IS ORDERED** that Plaintiff' attorney, Irene Ruzin, as Plaintiff's assignee, is awarded attorney's fees under the Equal Access to Justice Act ("EAJA") in the amount of THREE THOUSAND NINE HUNDRED DOLLARS ($3,900.00), as authorized by 28 U.S.C. § 2412(d), and subject to the terms and conditions of the Stipulation.

DATED: 11/04/2008                          _____/s/_____

                                            JEFFREY W. JOHNSON
                                            U.S. MAGISTRATE JUDGE